IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CHARLES T. HOPKINS, JR., | * | |
| Plaintiff, | * | Case No. 8:13-cv-00027-RWT |
| v. | * | |
| CAPITAL ONE, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles T. Hopkins, Jr. ("Plaintiff") and Defendant Capital One, N.A. ("Capital One"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this action is hereby dismissed <u>with prejudice</u>. The parties further agree that each party shall bear its own attorneys' fees and costs.

Dated April 24, 2013.                    Respectfully Submitted,


/s/ Daniel A. Ball (with permission)         /s/ Sung B. Yhim
Daniel A. Ball (Fed. Bar No. 5641)           Sung B. ("Ben") Yhim (Fed. Bar No. 17106)
**BALL LAW OFFICES, P.C.**                   **McGuireWoods LLP**
5410 Edson Lane, Suite 315                   7 Saint Paul Street, Suite 1000
Rockville, Maryland 20852                    Baltimore, MD 21202
(301) 770-3050                               (410) 659-4435
(301) 770-3017 (Facsimile)                   (410) 659-4483 (Facsimile)
dball@dablaw.com                             syhim@mcguirewoods.com

*Counsel for Plaintiff*                      *Counsel for Defendant Capital One, N.A.*
*Charles T. Hopkins, Jr.*

"APPROVED" THIS 26th
of April, 2013

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE